UNITED STATES of America, Plaintiff–Appellee,

v.

Donald Wayne DOWLING, Defendant–Appellant.

No. 06–51000
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Sept. 18, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Gerald R. Lopez, Odessa, TX, for Defendant–Appellant.

Before REAVLEY, M. SMITH, and BARKSDALE, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Donald Dowling has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Dowling has filed a response. Our inde-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

pendent review of the record, counsel's brief, and Dowling's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.